UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH RHINEHART, # 123918,

        Plaintiff,        Case No. 10-10006
                                       Hon. Anna Diggs Taylor
v.                                       Magistrate Judge Paul J. Komives

D. SCUTT, *et al.,*

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Paul J. Komives's Report and Recommendation of August 16, 2010 (1) denying Plaintiff's: (1) three motions for preliminary injunction (docket #2, #16 and #24); (2) motion for physical examination (docket #58); (3) two motions to strike (docket #30 and #60); and (4) motion for default judgment (docket #31).

The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objection filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

THEREFORE, the court will accept the Magistrate's Report and Recommendation of August 16, 2010, as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives's Report and Recommendation of August 16, 2010 is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that the court DENIES Plaintiff's: (1) three motions for preliminary injunction (docket #2, #16 and #24); (2) motion for physical examination (docket #58); (3) two motions to strike (docket #30 and #60); and (4) motion for default judgment (docket #31) .

**IT IS SO ORDERED.**

DATED: September 15, 2010                              **s/ Anna Diggs Taylor**
                                                                               ANNA DIGGS TAYLOR
                                                                               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 16, 2010.

Kenneth Rhinehart, #123918
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201                                             s/ Michael L. Williams
                                                         Case Manager